# EXHIBIT C

| From: | James Jordan |
|---|---|
| To: | Revance-Allergan-GT |
| Cc: | zblue@constangy.com; lbernell@constangy.com; ts-btx-ph@paulhastings.com |
| Subject: | Allergan, et al. v. Revance (M.D. Tenn.): 2024.09.30 Allergan Production Vol. ALGN-MOB_028 |
| Date: | Tuesday, October 1, 2024 12:42:28 AM |

**EXTERNAL TO GT**

Counsel:

Please use the link below to access production volume ALGN-MOB_028, bates numbered, ALGN-MDTENN_1983122 through ALGN-MDTENN_1983166. This volume includes documents designated as HIGHLY CONFIDENTIAL, pursuant to the Stipulated Protective Order and should be treated accordingly.

Regards,

James Jordan, CEDS | Senior Paralegal
Paul Hastings LLP | 101 California Street, Forty-Eighth Floor, San Francisco, CA 94111 | Main: +1.415.856.7000

## Files attached to this message

| Filename | Size | Checksum (SHA1) |
|---|---|---|
| 2024.09.30 Allergan Production ALGN-MOB_028.zip | 69.9 MB | ac96d3f4bc6a76dbb1556a8dbb51d54fcd5971fca7d17f094855dd0cabe62cbf |

Click on the following link to download the attachments: https://phftpus-west.phextranet.com/message/B7hHPq2IrE3qJVPchbdGVF

This message or download link can only be forwarded to internal users of PH Secure File Transfer Service. phftpus-west.phextranet.com.
The attachments are available until: **Monday, 14 October.**
Message ID: B7hHPq2IrE3qJVPchbdGVF

*****************************************************************************

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

