IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN PHARMACEUTICALS IRELAND UNLIMITED COMPANY, ALLERGAN USA, INC., AND ALLERGAN SALES, LLC<br>    Plaintiffs,<br><br>v.<br><br>REVANCE THERAPEUTICS, INC.,<br>    Defendant. | Civil Action No. 3:23-cv-00431<br>Judge Richardson/Frensley |

## ORDER

Pending before the Court is a Report and Recommendations filed by the Special Master addressing a motion to compel (Docket No. 255) in this matter. Docket No. 318. The Court has reviewed the Report and Recommendation and the file in this matter, and it is adopted and approved. Accordingly, Docket No. 255 is **DENIED** as set forth in the Report and Recommendation of the Special Master. The Clerk of Court is directed to terminate Docket Nos. 255 and 318.

    **IT IS SO ORDERED.**

                                         **JEFFERY S. FRENSLEY**
                                         **United States Magistrate Judge**