# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

Allergan, Inc.,
Allergan Pharmaceuticals Ireland
Unlimited Company, Allergan USA, Inc.,
and Allergan Sales, LLC,

        Plaintiffs,

    v.

Revance Therapeutics, Inc.,

        Defendant.

Civil Action No. 3:23-CV-00431

Judge Eli Richardson
Magistrate Judge Jeffrey S. Frensley

## <u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

Pursuant to Local Rule 83.4 governing Appearance and Withdrawal of Counsel,

Plaintiffs Allergan, Inc., Allergan Pharmaceuticals Ireland Unlimited Company, Allergan

USA, Inc. and Allergan Sales, LLC (collectively "Plaintiffs"), hereby provides notice of the

withdrawal of Jessica Eve Freed Mendelson, as counsel for Plaintiffs.


Respectfully submitted,

                                */s/ Jeff A. Pade*

William A. Blue, Jr.
TN Bar No. 10378
zan@zanblue.com

Tony Sammi (pro hac vice)
Latham & Watkins LLP
1271 Avenue of the Americas
New York, New York 10020
Email: Tony.Sammi@lw.com

Cecilia Peniza (pro hac vice)
Latham & Watkins LLP
555 Eleventh Street, NW  Suite 1000
Washington, D.C. 20004-1304
Email: cecilia.peniza@lw.com

-1-

Herman Yue
Latham & Watkins LLP
1271 Avenue of the Americas
New York, New York 10020
Email: herman.yue@lw.com

Rachel Blitzer
Latham & Watkins LLP
1271 Avenue of the Americas
New York, New York 10020
Email: rachel.blitzer@lw.com

Daniel McNeely
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Email: daniel.mcneely@lw.com

Jeff A. Pade
James V. Razick
Richard Rothman
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036

Andrea Pallios Roberts
Jessica E. Mendelson
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304

*Attorneys for Plaintiffs*
*Allergan, Inc.,*
*Allergan Pharmaceuticals*
*Ireland Unlimited Company,*
*Allergan USA, Inc., and Allergan Sales, LLC*

Dated: June 11, 2026

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing document was served on all counsel of record in this case via the court's ECF notification system and via e-mail on June 11, 2026.

/s/ *Jeff A. Pade*