# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Allergan, Inc., Allergan Pharmaceuticals Ireland Unlimited Company, Allergan USA, Inc., and Allergan Sales, LLC, | Civil Action No. 3:23-cv-00431 |
| Plaintiffs, | |
| vs. | Judge Eli Richardson |
| | Magistrate Judge Jeffrey S. Frensley |
| Revance Therapeutics, Inc., | |
| Defendant. | |

## THE PARTIES' JOINT STATUS REPORT AND
## MOTION TO STAY CERTAIN DEADLINES

Pursuant to the Court's June 3, 2026 Order (ECF 530), Plaintiffs Allergan, Inc., Allergan Pharmaceuticals Ireland Unlimited Company, Allergan USA, Inc., and Allergan Sales, LLC, (collectively, "Allergan") and Defendant Revance Therapeutics, Inc. ("Revance") (collectively, "the Parties") hereby file this joint status update and respectfully request that the Court: (i) extend the time for the Parties to provide an additional status update to August 3, 2026, (ii) continue the stay of all deadlines in this case pending the August 3, 2026 status update, and (iii) stay the deadline for Allergan's Reply in Support of its Motion for Sanctions Against Revance (ECF No. 498).

1. Pursuant to the Court's June 3, 2026 Order, the Parties provide the following update regarding mediation. The Parties selected Antonio Piazza as a mediator and engaged in mediation before him. While the mediation resulted in productive discussions regarding potential resolution, the parties require additional time to work towards and consider potential resolution. As such, the parties respectfully request an extension to file an additional status update by August 3, 2026 to

work toward that goal. Granting this request will not prejudice either party and may avoid the need for further intervention or action by the Court.

2.      On June 3, 2026, the Court stayed all deadlines with the exception of any briefing deadlines related to currently pending motions where briefing has not yet concluded. ECF No. 530. As the Parties are actively engaged in mediation, the parties respectfully request that this stay of all deadlines remain in place pending the Parties' additional August 3, 2026 status update.

3.      The Parties request that the deadline for Allergan's Reply in Support of Its Motion for Sanctions (ECF No. 498) be similarly stayed until further ordered by the Court. *See* ECF No. 530.

WHEREFORE, the Parties respectfully request that the Court (i) extend the time for the Parties to provide an additional status update to August 3, 2026, (ii) continue the stay of all deadlines in this case pending the August 3, 2026 status update, and (iii) stay the deadline for Allergan's Reply in Support of its Motion for Sanctions Against Revance (ECF No. 498).

Respectfully submitted,

<table>
<tr><td>

*/s/ Cecilia Peniza*<br>
Tony Sammi (pro hac vice)<br>
Herman Yue (pro hac vice)<br>
Rachel Blitzer (pro hac vice)<br>
Latham & Watkins LLP<br>
1271 Avenue of the Americas<br>
New York, New York 10020<br>
Email: tony.sammi@lw.com<br>
Email: herman.yue@lw.com<br>
Email: rachel.blitzer@lw.com<br>
<br>
Cecilia Peniza (pro hac vice)<br>
Latham & Watkins LLP<br>
555 Eleventh Street, NW<br>
Suite 1000<br>
Washington, D.C. 20004-1304<br>
Email: cecilia.peniza@lw.com

</td><td>

*/s/ Peter J. Armenio w/consent*<br>
Peter J. Armenio<br>
Sheila C. Ramesh<br>
Gerald J. Flattmann, Jr.<br>
Margaret Barone<br>
Jessica M. Stookey<br>
Anthony C. Rea<br>
CAHILL GORDON & REINDEL LLP<br>
32 Old Slip New York, NY 10005 Email:<br>
parmenio@cahill.com<br>
Email: parmenio@cahill.com<br>
Email: sramesh@cahill.com<br>
Email: gflattmann@cahill.com<br>
Email: mbarone@cahill.com<br>
Email: jstookey@cahill.com<br>
Email: area@cahill.com

</td></tr>
</table>

2

Carl J. Minniti, III
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166

Jeff A. Pade
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036

Andrea Pallios Roberts
Jessica E. Mendelson
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304

William A. Blue, Jr.
TN Bar # 10378
Zan Blue LLC
3922 Bella Lane
Foley AL
(615) 390-7645
zan@zanblue.com

*Attorneys for Plaintiffs*
*Allergan, Inc.,*
*Allergan Pharmaceuticals*
*Ireland Unlimited Company,*
*Allergan USA, Inc., and Allergan Sales, LLC*

Gregory S. Bombard
Diana A. Balluku
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Phone: (617) 310-6000
Fax: (617) 310-6001
Email: gregory.bombard@gtlaw.com
Email: diana.balluku@gtlaw.com

Justin K. Victor
Jacob R. Dean
GREENBERG TRAURIG, LLP
TERMINUS 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Phone: (678) 553-2100
Fax: (678) 553-2212
Email: victorj@gtlaw.com
Email: deanj@gtlaw.com

Robert E. Boston
Mark W. Peters
HOLLAND & KNIGHT LLP
511 Union Street
Suite 2700
Nashville, TN 37219
Email: bob.boston@hklaw.com
Email: markwpeters@hklaw.com

*Attorneys for Defendant*
*Revance Therapeutics, Inc.*

Dated: July 2, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was served on all counsel of record in this case via the Court's ECF notification system and/or via e-mail on July 2, 2026.

*/s/ Cecilia Peniza*
Cecilia Peniza
