IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ALLERGAN, INC., et al.,               )
                                      )
        PLAINTIFFS,                   )
                                      )          NO. 3:23-cv-00431
v.                                    )
                                      )          JUDGE RICHARDSON
REVANCE THERAPEUTICS, INC.,           )
                                      )
        DEFENDANT.                    )
                                      )

## **ORDER**

Pending before the Court is the "Joint Status Report and Motion to Stay Certain Deadlines" (Doc. No. 539, "Motion") filed by Allergan, Inc., Allergan Pharmaceuticals Ireland Unlimited Company, Allergan USA, Inc., and Allergan Sales, LLC (collectively "Plaintiffs") and Revance Therapeutics, Inc. ("Defendant," and collectively with Plaintiffs, the "Parties"). Via the Motion, the Parties request that the Court "(i) extend the time for the Parties to provide an additional status update to September 3, 2026, and (ii) continue the stay of all deadlines in this case pending the September 3, 2026 status update" because "the Parties are actively engaged in mediation." (Doc. No. 539 at 1-2).

The Motion (Doc. No. 539), being jointly made and otherwise well-taken, is **GRANTED**. Accordingly, the Parties shall have until September 3, 2026, to file an additional status update with the Court regarding their case-resolution efforts. All deadlines and proceedings in this matter will remain **STAYED** pending the Parties' September 3, 2026, status update.

Within 14 days of the Parties' filing their September 3, 2026, status update, the Parties shall file a motion to lift the stay in this case, which may be accompanied by another filing, such

as a joint stipulation of dismissal. Alternatively, any party may move to lift the stay at any point for good cause.

IT IS SO ORDERED.

_Eli Richardson_

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE